UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    - v -                              :     **NOTICE OF MOTION**

OUMAR ISSA ,                        :     09 CR 1244 (RJH)

        Defendant.              :

- - - - - - - - - - - - - - - - - - - x

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of **Oumar Issa** and **Steven M. Statsinger, Esq.**, and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Richard J. Holwell, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, (1) dismissing the Indictment, (2) suppressing statements obtained in violation of Miranda v. Arizona, and (3) granting Mr. Issa permission to join in his co-defendants' motions or, in the alternative, conducting an evidentiary hearing, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       December 17, 2010

                                     Respectfully submitted,

                                     **LEONARD F. JOY, ESQ.**
                                     Federal Defenders of New York, Inc.

                                     By: _____
                                     **STEVEN M. STATSINGER, ESQ.**
                                     Attorney for Defendant
                                     **OUMAR ISSA**
                                     52 Duane Street - 10th Floor
                                     New York, New York  10007
                                     Tel.: (212) 417-8736

TO:

    **PREET BHARARA, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn: Jeffrey Brown, Esq.
         Christian Everdell, Esq.
         Assistant United States Attorneys